UNITED STATES of America,
Plaintiff–Appellee,

v.

Todd W. ALTSCHUL, Defendant–Appellant.

No. 04–40285.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

John B. Stevens, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern

---

District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Douglas Milton Barlow, Barlow Law Firm, Beaumont, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Following a jury trial, Todd W. Altschul was convicted of five counts of mail fraud and sentenced to serve 87 months in prison and a three-year term of supervised release. Altschul argues that his sentence violates the principles enunciated in *Blakely v. Washington,* —— U.S. ——, ——, 124 S.Ct. 2531, 2537, 159 L.Ed.2d 403 (2004). This argument is foreclosed by *United States v. Pineiro,* 377 F.3d 464 (5th Cir. 2004), *petition for cert. filed* (U.S. July 14, 2004) (No. 04–5263). All outstanding motions are DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

